

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00366-CR

Daniel Solis **DELUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-8127
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  June 25, 2014

DISMISSED FOR WANT OF JURISDICTION

On March 27, 2014, Appellant Daniel Solis Deluna was sentenced to two years in the Texas Department of Criminal Justice—State Jail Division in trial court cause number 2010-CR-8127. Appellant's notice of appeal was due not later than April 28, 2014. *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Appellant's motion for extension of time to file a notice of appeal was due not later than May 13, 2014. *See* TEX. R. APP. P. 26.3; *Olivo*, 918 S.W.2d at 522. The clerk's record shows Appellant's notice of appeal was filed on

May 7, 2014; it does not show a motion for new trial or a motion for extension of time to file a notice of appeal was filed.  *See* TEX. R. APP. P. 26.3.

Absent a timely-filed, written notice of appeal of a criminal conviction, this court lacks jurisdiction over the appeal.  *Olivo*, 918 S.W.2d at 522 ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction."); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

This appeal is dismissed for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH